AO 91 (Rev. 11/11) Criminal Complaint

RD

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Efrain Salguero Cano,<br>aka Alexander Cano Sandoval<br>aka Alexander Sandoval<br>*Defendant(s)* | )<br>)<br>)  Case No. 2:23-mj-687<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 27, 2023__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal Re-Entry of a Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit, which is fully incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Merriman, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 8, 2023

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, OH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT OF:<br><br>**Efrain Salguero Cano,**<br>    aka Alexander Cano Sandoval<br>    aka Alexander Sandoval | )<br>)<br>) **Case No.** 2:23-mj-687<br>)<br>)<br>) |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer Eric Merriman, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than ten (10) years of experience as a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) and as a Border Patrol Agent with the U.S. Border Patrol. I am assigned to the Columbus, Ohio Office of Enforcement and Removals-Field Operations. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Deportation Officer Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA and the U.S. Border Patrol Agent Academy at FLETC in Artesia, NM.

My investigation has revealed the following facts:

2. On or about April 17, 2018, Efrain Salguero Cano, aka Alexander Cano Sandoval, aka Alexander Sandoval (hereinafter "Salguero Cano"), a citizen of El Salvador, was convicted in the Court of Common Pleas in Franklin County, OH for the offense of Possession of Heroin with a Firearm Specification and was sentenced to four years of incarceration.

3. On or about March 4, 2020, Salguero Cano was ordered removed by an Immigration Judge in Cleveland, OH pursuant to 212(a)(2)(i)(III) of the Immigration and Nationality Act. On September 10, 2021, Salguero Cano was physically removed on that order at the Alexandria, LA Port of Entry. On that day, Salguero Cano surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation) and signed the same form. Immigration Officers witnessed Salguero Cano's departure and documented the departure by the way of signature on Immigration Form I-205.

4. On November 25, 2023, Salguero Cano was arrested by the Columbus Division of Police in Franklin County, Ohio. Salguero Cano was charged with Possession of a Controlled Substance and Tampering with Evidence.

5. On November 27, 2023, Salguero Cano was encountered by ICE officers at the Franklin County Jail in Columbus, OH. It was determined after a verification of records and fingerprints that Salguero Cano had previously been ordered removed from the United States and that he is subject to prosecution for illegal re-entry, having been found in the United States after being barred for ten years from re-entry following his most recent removal in 2021. It was confirmed that, as of November 27, 2023, Salguero Cano has not obtained permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

6. Your affiant uses the above facts to establish probable cause that Efrain Salguero Cano, aka Alexander Cano Sandoval, aka Alexander Sandoval, a citizen of El Salvador, is an alien, was found in the Southern District of Ohio, after having been removed from the United States on or about the above date, at or near the above location, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Eric Merriman
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 8th day of _____, 2023.

Kimberly A. Jolson
United States Magistrate Judge